FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 28 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRYAN T. FOX             PLAINTIFF

V.            NO. 4:22-CV-00679 BRW

A&M ROYAL TRANSPORT, LLC, *et al.*            DEFENDANTS

## ORDER

Pending before the Court is Plaintiff's First Motion in Limine (Doc. No. 10).

The police report in question contains hearsay pursuant to Federal Rules of Evidence 801. Also pursuant to Ark. Code Ann. § 27-53-208(b), "No [police report] shall be used as evidence in any civil or criminal trial arising out of an accident."

Plaintiff's expert Brent Munyon is not allowed to mention the status of Plaintiff's driver's license, any citations Plaintiff received, and the content of the two witness statements attached to the report.

The police report may be used to refresh the recollection of Trooper Steve Miller regarding his first-hand knowledge of anything at the time of the accident.

IT IS SO ORDERED this 28th day of June, 2023.

           _____
           UNITED STATES DISTRICT JUDGE